UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

William Baer et al.

    v.                             Civil No. 15-cv-512-LM

First Student, Inc. et al.

**PROCEDURAL ORDER**

The parties filed a joint motion to approve settlement (document no. 19).  In that motion, the parties seek approval of a settlement of the case as it relates to the remaining minor plaintiff, MB.

Local Rule 17.1 provides in relevant part, "[i]f the minor is a New Hampshire resident, the motion shall contain the information required by New Hampshire Superior Court Civil Rule 40."  New Hampshire Superior Court Civil Rule 40 provides that where the settlement of a suit results in a minor receiving a payment of greater than $10,000,

> the court shall require proof in the form of a certified statement from the Circuit Court-Probate Division that the guardian ad litem, parent, next friend, or other person who receives money on behalf of the minor whether through settlement, judgment, decree or other order, has been appointed guardian of the estate of such minor and is subject to the duties prescribed under RSA 463:19.

The parties' joint motion does not include the certified statement referenced in Civil Rule 40.

Therefore, the court will await the parties' filing of the certified statement from the Circuit Court-Probate Division before ruling on the motion.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

May 31, 2017

cc: Jared Joseph Bedrick, Esq.
    Michael J. Connolly, Esq.
    Daniel Miville Deschenes, Esq.