UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| WILLIAM BAER, as parent and next friend of minor children JB and MB<br><br>Plaintiff,<br><br>v.<br><br>FIRST STUDENT INC., et al<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case. No. 1:15-cv-00512-LM<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION TO SUBSTITUTE PARTIES**

NOW COME William Baer, Jacob Baer, and Marina Baer and move this Honorable Court to substitute Plaintiff William Baer's once-minor children as the plaintiffs in this action. In support thereof, they state the following:

1. This action was originally filed by William Baer on behalf of his then-minor children Jacob and Marina Baer.

2. Both Jacob and Marina have since reached the age of majority, 18 years old.

3. Accordingly, the Plaintiff seeks to substitute Jacob and Marina Baer as the plaintiffs in place of William Baer, pursuant to FRCP 17(a)(3).

4. Undersigned counsel affirms that he represents William Baer as well as Jacob and Marina and further affirms that William, Jacob, and Marina all agree to this substitution and directed the filing of this motion to effectuate the resolution of this matter. (See attached Appearances).

5. The parties had reached a resolution earlier this year that will resolve all claims, and filed, under seal, a "Joint Motion for Minor Settlement Approval."

6. In light of the majority of the parties in interest, that motion is now moot, as settlement approval is no longer required.

7. Upon the granting of this motion, the parties will file the appropriate docket markings that will close this case.

8. All parties have been given notice of this motion and assent to the relief requested herein.

9. Pursuant to Local Rule 7.1(a)(2), the Baers respectfully submit that no supporting memorandum of law is necessary in order for the Court to rule on this motion.

WHEREFORE, the Baers pray that this Honorable Court will:

A. Substitute Jacob Baer and Marina Baer in place of William Baer as the plaintiffs in this case;

B. Make the appropriate change to the case docket to reflect this substitution; and

C. Grant any other and further relief which the Court deems just and proper.

Respectfully submitted,

WILLIAM, JACOB, and MARINA BAER,

By their attorney,

Dated: October 23, 2017

*/s/ Jared Bedrick #20438*
Jared Bedrick (#20438)
*jbedrick@brownlawnh.com*
LAW OFFICES OF STEPHEN C. BROWN AND ASSOCIATES PLLC
21 South Main Street
Rochester, NH  03867
Tel.:  (603) 332-3535

**CERTIFICATE OF SERVICE**

      I, Jared Bedrick, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      */s/ Jared Bedrick #20438*
      Jared Bedrick #20438