# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| JACOB AND MARINA BAER,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST STUDENT INC., et al<br><br>    Defendants | Civil Case. No. 1:15-cv-00512-LM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, undersigned counsel hereby stipulate that all claims of Jacob and Marina Baer against defendants First Student, Inc. and Kent Hemingway (in both his individual and official capacities) be dismissed in their entirety with prejudice, each party to bear its own costs.

Respectfully submitted,

| JACOB AND MARINA BAER, | FIRST STUDENT, INC. and KENT HEMINGWAY |
|---|---|
| By their attorney, | By their attorneys, |
| */s/ Jared Bedrick* | */s/ Daniel M. Deschenes* |
| Jared Bedrick (#20438) | Michael J. Connolly (#14371) |
| *jbedrick@brownlawnh.com* | *mconnolly@hinckleyallen.com* |
| LAW OFFICES OF STEPHEN C. BROWN AND ASSOCIATES PLLC | Daniel M. Deschenes (#14889) |
| 21 South Main Street | *ddeschenes@hinckleyallen.com* |
| Rochester, NH  03867 | HINCKLEY, ALLEN & SNYDER LLP |
| Tel.:  (603) 332-3535 | 650 Elm Street, |
|  | Manchester, NH  03101 |
|  | Tel.: (603) 225-4334 |

Dated:   October 31, 2017

## CERTIFICATE OF SERVICE

 I hereby certify that on this date a copy of the foregoing document will be sent via US mail to the registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/ Jared Bedrick*
        Jared Bedrick